IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
*Greenbelt Division*

| | |
|---|---|
| IN RE: * <br> * <br> CHAILLE DUBOIS & * <br> ERIC DUBOIS * <br> * <br> DEBTORS * <br> * * * * * * * <br> CHAILLE DUBOIS * <br> * <br> PLAINTIFF * <br> * <br> vs. * <br> * <br> ATLAS ACQUISITIONS LLC * <br> * <br> DEFENDANT * <br> * * * * * * * * * * * * * | Bankruptcy Case No. 14-28589 TJC <br> Chapter 13 <br><br><br><br><br> Adv. Proceeding 15-00110 |

**LINE REQUESTING SUMMONS BE REISSUED**

To the Clerk of the Court,

Plaintiff hereby requests that pursuant to Rule 7004(e) this Court reissue a new Summons in the above captioned Adversary Proceeding.

                                                          Respectfully submitted,

Dated:  March 25, 2015                */s/ Morgan W. Fisher*
      Annapolis, Maryland              Morgan W. Fisher, #28711
                                              Law Offices of Morgan Fisher, LLC
                                              172 West Street
                                              Annapolis, MD 21401
                                              410/626-6111
                                              FAX 410/267-8072
                                              mwf@morganfisherlaw.com
                                              Attorney for Debtors