# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
*Greenbelt Division*

IN RE:                      *

                         *

ERIC DUBOIS AND      *

CHAILLE DUBOIS      *

                         *     Bankruptcy Case No. 14-28589

DEBTOR            *     Chapter 13

*   *   *   *   *   *   *

ERIC DUBOIS AND      *

CHAILLE DUBOIS      *

                         *

PLAINTIFF         *     Adv. Proceeding 15-00110

                         *

vs.                    *

                         *

ATLAS ACQUISITIONS LLC      *

                         *

DEFENDANT        *

*   *   *   *   *   *   *   *   *   *   *   *

## AFFIDAVIT OF SERVICE

I, Morgan William Fisher, an attorney licensed to practice in the State of Maryland,

hereby declare that on March 26, 2015 I mailed a copy of the summons and complaint, certified

mail return receipt requested, to Defendant Atlas Acquisitions LLC. Attached hereto is a copy of

the certified green card acknowledging service.


                              Respectfully submitted,

Dated:  April 2, 2015

        Annapolis, Maryland                 */s/ Morgan W. Fisher*

                              Morgan W. Fisher, #28711

                              Law Offices of Morgan Fisher, LLC

                              172 West Street

                              Annapolis, MD 21401

                              410/626-6111

                              FAX 410/267-8072

                              mwf@morganfisherlaw.com

                              Attorney for Debtor

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

HACKENSACK NJ 07601-4303

| | | |
|---|---|---|
| Postage | $ $3.29 | 0503 |
| Certified Fee | $3.30 | 17 |
| Return Receipt Fee (Endorsement Required) | $2.70 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $9.29 | 03/26/2015 |

Sent To: Atlas Aquisitions, LLC % Avi Schild, Pres
Street, Apt. No.; or PO Box No. 294 Union Street
City, State, ZIP+4 Hackensack, NJ 07601

PS Form 3800, August 2006          See Reverse for Instructions

7013 8952 0000 3020 9704

---

**SENDER: COMPLETE THIS SECTION**

- ☒ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ☒ Print your name and address on the reverse so that we can return the card to you.
- ☒ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Atlas Acquisitions LLC
c/o Avi Schlid, President
294 Union St
Hackensack, NJ 07601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail        ☐ Express Mail
   ☐ Registered            ☒ Return Receipt for Merchandise
   ☐ Insured Mail          ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)      7013 3020 0000 8952 9704

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540