IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE CHAILLE DUBOIS & ERIC DUBOIS,<br><br>Debtors. | ) CHAPTER 13 BANKRUPTCY<br>) CASE NO. 14-28589 TJC<br>)<br>) |
| CHAILLE DUBOIS,<br><br>Plaintiff,<br><br>vs.<br><br>ATLAS ACQUISITIONS, LLC,<br><br>Defendant. | ) Adversary Proceeding<br>) Case No: 15-00110<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Stephen H. Sherman, am a member in good standing of the bar of this Court. My bar number is 18156. I am moving the admission of Donald S. Maurice to appear *pro hac vice* in this case as counsel for Defendant Atlas Acquisitions, LLC.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland.

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| **State Court & Date of Admission** | **U.S. Court & Date of Admission** |
|---|---|
| New Jersey (12/1988) | DNJ (1988) |
| New York (08/2012) | SDNY and EDNY (2012) |
| District of Columbia (12/2011) | DDC (2012) |

3. During the twelve months immediately preceding this motion, the proposed admittee has not previously sought admission *pro hac vice* in this Court.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

1

5. The proposed admittee is familiar with the Maryland Lawyers' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. The undersigned movant is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $50.00 fee for admission *pro hac vice* accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| Signature | Signature |
| Donald S. Maurice | Stephen H. Sherman |
| Maurice Wutscher LLP | Maurice Wutscher LLP, f/k/a McGinnis Wutscher LLP |
| 5 Walter E. Foran Boulevard, Suite 2007 | 1875 Eye Street, NW, 5th Floor |
| Flemington, NJ 08822 | Washington, DC 20006 |
| Tel: (908) 237-4550 | Tel: (202) 255-2984 |
| Fax: (908) 237-9001 | Fax: (866) 581-9302 |
| Email: dmaurice@mauricewutscher.com | Email: ssherman@mwbllp.com |